IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ONEIDA CONSUMER, LLC, *et al.*, | ) |
| Plaintiffs, | ) CASE NO.: 2:20-cv-02041-ALM-CM |
| v. | ) JUDGE ALGENON MARBLEY |
| ELYSE FOX, | ) |
| Defendant. | ) MAGISTRATE CHELSEY M. VASCURA |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs voluntarily dismiss Case No. 2:20-cv-02041-ALM-CM without prejudice. Plaintiffs filed this same action yesterday in Case No. 1:20-cv-00322-DRC, but inadvertently filed in the Western Division of the U.S. District for the Southern District of Ohio. Plaintiffs then refiled this case today in Case No. 2:20-cv-02041-ALM-CMV in the Eastern Division of the U.S. District for the Southern District of Ohio with the plan that Plaintiffs would voluntarily dismiss the earlier-filed Case No. 1:20-cv-00322-DRC. Before Plaintiffs could voluntarily dismiss Case No. 1:20-cv-00322-DRC, however, Judge Cole transferred the case to the Eastern Division. Therefore, Plaintiffs are dismissing the later-filed Case No. 2:20-cv-02041-ALM-CM without prejudice.

Respectfully submitted,

*/s/ Jesse Jenike-Godshalk*
Jesse Jenike-Godshalk (0087964)
THOMPSON HINE LLP
312 Walnut Street, Suite 1400
Cincinnati, Ohio 45202
Phone: (513) 352-6702
Fax: (513) 241-4771

Email: Jesse.Godshalk@ThompsonHine.com

Marla R. Butler (*pro hac vice* forthcoming)
THOMPSON HINE LLP
Two Alliance Center
3560 Lenox Road NE, Suite 1600
Atlanta, Georgia 30326-4266
Phone: 404-407-3680
Fax: 404-541-2905
Email: Marla.Butler@ThompsonHine.com

*Attorneys for Plaintiffs*